```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
NAOMI HERRERA-CASTRO,               :
                                    :       15 Civ. 9286
        Plaintiff,                  :
                                    :           ORDER
        -v-                         :
                                    :
TRABAJAMOS COMMUNITY HEAD START,    :
INC.,                               :
                                    :
        Defendant.                  :
------------------------------------x
```

JED S. RAKOFF, U.S.D.J.

Before the Court is an application by plaintiff's counsel for a 30-day extension of the time limit for informing the Court whether a representative of the recently deceased plaintiff wishes to pursues this action. See Order dated Sept. 13, 2016, ECF No. 36. Upon consideration, the application is granted. Plaintiff's counsel is therefore directed to inform the Court by November 14, 2016 whether the case should be dismissed or whether a representative of the estate wishes to continue this action. No further extensions will be granted.

SO ORDERED.

Dated:   New York, NY
         October 14, 2016            _____
                                     JED S. RAKOFF, U.S.D.J.

1